# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **GUSTAVO ADOLFO TORO ZARRAMERA,** | § § § § § | |
| *Petitioner*, | § § | |
| v. | § § § | |
| **MARY DE ANDA -YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL, IN HER OFFICIAL CAPACITY; TODD LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND WARDEN, ERO EL PASO CAMP EAST MONTANA DETENTION FACILITY,** | § § § § § § § § § § § § § § § § § § § | No.  3:26-CV-00779-LS |
| *Respondents*. | § § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Motion to Dismiss,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 21, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 5.